**No. 57685.**—Hurricane Import Co. and Perryman, Mojonier Company *v.* United States, protests 199260–K, etc. (Los Angeles).

Opinion by MOLLISON, J. It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v.

*United States* (39 C. C. P. A. 133, C. A. D. 475). In accordance with stipulation of counsel and following the cited decision, the claim made in protest 199262–K for duty at 40 percent ad valorem under paragraph 412 as to the merchandise entered for consumption prior to January 1, 1948, was sustained; the items marked "A" in said protest 199262–K and in the remaining protests were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802); and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.